CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 2 5 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | |
|---|---|
| **CHRISTOPHER LEE BAKER,** ) | |
| Plaintiff, ) | Civil Action No. 7:06-cv-00559 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| **NORTHWESTERN REGIONAL** ) | By: Samuel G. Wilson |
| **ADULT DETENTION CENTER** ) | United States District Judge |
| **ADMINISTRATION, et al.,** ) | |
| Defendants. ) | |

In accordance with the accompanying Memorandum Opinion entered on this day, it is hereby

**ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), all other pending motions are **DENIED** as moot, and this action is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and the accompanying Memorandum Opinion to the plaintiff and to the counsel of record for the defendants, if known.

ENTER: This 25th day of September, 2006

_____
United States District Judge